ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| BCI Construction USA, Inc. | ) ASBCA No. 60618 |
| | ) |
| Under Contract No. W219P9-14-C-0418 | ) |

APPEARANCE FOR THE APPELLANT:    Brian E. McGovern, Esq.
                                  McCarthy, Leonard & Kaemmerer, L.C.
                                  Town & Country, MO

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                  Heather M. Asunskis, Esq.
                                  Mark A. Wunsch, Esq.
                                    Engineer Trial Attorneys
                                  U.S. Army Engineer District, St. Louis

ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated: September 11, 2018

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60618, Appeal of BCI Construction USA, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals